■ In the Matter of ROSA FARFAN et al., Appellants, v JAMES F. BASS et al., Respondents.—Judgment, Supreme

Court, New York County (Michael Dontzin, J.), entered on or about February 28, 1990, unanimously affirmed without costs or disbursements for the reasons stated by the Special Referee. Concur—Kupferman, J. P., Milonas, Kassal and Ellerin, JJ.